FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT -5 PM 4: 14

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Ricardo Franco Jr.**<br>SSN: XXX-XX-1673 | Case No. 10-21148 WTT<br>Chapter 7 |
| Debtor(s) | |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On July 12, 2011 the Court approved the trustee's final report and proposed distribution.

2. The Trustee received correspondence from PacifiCorp dba Rocky Mountain Power/Pacific Power regarding payment of claim number 3. The correspondence stated that the account had been paid in full and that they were returning the funds to the bankruptcy estate.

T\NoticeofPymtSmDividends                                  1

3. On October 5, 2011, the Trustee made a second distribution.

4. Pursuant to the second proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Proposed Payment |
|---|---|---|
| 1. | America Infosource Lp as Agent for T Mobile/T-Mobile USA Inc. | $0.43 |

5. These funds are on deposit in Bank of America, account number 4438083200.

6. A check in the amount of Forty-Three Cents ($0.43), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** October 5, 2011

                                                     Woodbury & Kesler, P.C.

                                                     Elizabeth R. Loveridge
                                                     Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT 84111
>
> Ricardo Franco Jr.
> 10361 S. Ashley Park Dr.
> Sandy, UT 84092-7246
>
> Jody L. Howe
> Utah Bankruptcy Professionals, P. C.
> 9227 South 1300 East
> Sandy, UT 84094

*/s/ Renee Christensen*